**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>    Leon Evans<br>    Janice Evans<br>           Debtor(s) | Case No. 13 B 33115 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/20/2013.

2) The plan was confirmed on 01/06/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 01/06/2014, 02/09/2015, 11/03/2016, 12/14/2017.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/19/2016, 09/21/2017, 04/04/2018.

5) The case was Dismissed on 04/12/2018.

6) Number of months from filing to last payment: 52.

7) Number of months case was pending: 59.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $32,955.00 |
| Less amount refunded to debtor | $8.75 |

**NET RECEIPTS:** $32,946.25

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,333.08 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,333.08

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Academic and Clinical Assoc. | Unsecured | 202.00 | 202.00 | 202.00 | 93.46 | 0.00 |
| Academic and Clinical Assoc. | Unsecured | 151.00 | NA | NA | 0.00 | 0.00 |
| Alliance One Receivables Mgmt. | Unsecured | 665.00 | NA | NA | 0.00 | 0.00 |
| American Collections | Unsecured | 787.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 399.00 | 404.83 | 404.83 | 194.62 | 0.00 |
| American InfoSource LP as Agent | Unsecured | 648.00 | 627.01 | 627.01 | 301.43 | 0.00 |
| Berks Credit & COLL | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| Berks Credit & COLL | Unsecured | 198.00 | NA | NA | 0.00 | 0.00 |
| Capital One Auto Finance | Secured | 15,758.00 | 16,049.90 | 15,758.00 | 15,758.00 | 1,129.95 |
| Capital One Auto Finance | Unsecured | NA | 291.90 | 291.90 | 140.33 | 0.00 |
| Carlisle Physician Services | Unsecured | 1,143.00 | NA | NA | 0.00 | 0.00 |
| CBA of GA | Unsecured | 929.00 | NA | NA | 0.00 | 0.00 |
| Coliseum Medical Centers LLC | Unsecured | 5,500.00 | NA | NA | 0.00 | 0.00 |
| Comcast Cable | Unsecured | 181.00 | NA | NA | 0.00 | 0.00 |
| Cook County Health & Hospitals | Unsecured | 387.00 | NA | NA | 0.00 | 0.00 |
| Credit Bureau Associat | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| Credit Bureau Associat | Unsecured | 76.00 | NA | NA | 0.00 | 0.00 |
| Cumberland Goodwill FIRE Rescu | Unsecured | 1,416.00 | NA | NA | 0.00 | 0.00 |
| Department Of Education | Unsecured | 22,742.00 | 23,530.06 | 23,530.06 | 0.00 | 0.00 |
| Department Stores National Bank | Unsecured | 681.00 | 720.16 | 720.16 | 346.22 | 0.00 |
| Dependon Collection Service | Unsecured | 119.00 | NA | NA | 0.00 | 0.00 |
| DISH Network | Unsecured | 58.00 | NA | NA | 0.00 | 0.00 |
| Dr. Bruce Tan MD | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| Fingerhut | Unsecured | 404.00 | NA | NA | 0.00 | 0.00 |
| Hospital Specialists, PC | Unsecured | 286.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 622.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept Of Employment Security | Unsecured | 4,900.00 | 4,525.00 | 4,525.00 | 2,175.39 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 0.00 | 87.19 | 87.19 | 37.19 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 300.00 | 752.00 | 752.00 | 752.00 | 0.00 |
| Internal Revenue Service | Priority | 1,600.00 | 1,802.45 | 1,802.45 | 1,802.45 | 0.00 |
| Internal Revenue Service | Unsecured | 0.00 | 22.32 | 22.32 | 10.73 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Irving Park Periodontics | Unsecured | 256.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 2,817.00 | 2,816.24 | 2,816.24 | 1,353.91 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 300.00 | 660.40 | 660.40 | 317.49 | 0.00 |
| John H. Stroger Hospital | Unsecured | 2,165.00 | NA | NA | 0.00 | 0.00 |
| Masland Assoc. | Unsecured | 38.00 | NA | NA | 0.00 | 0.00 |
| Medical Recovery Specialists | Unsecured | 1,800.00 | NA | NA | 0.00 | 0.00 |
| MiraMed Revenue Group LLC | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| Northwestern Med. Faculty Fnd. | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Ocmulgee Medical Pathology Ass | Unsecured | 21.00 | NA | NA | 0.00 | 0.00 |
| Payday Loan Store | Unsecured | 1,000.00 | 2,205.38 | 2,205.38 | 1,060.24 | 0.00 |
| Payday Loan Store of IL, Inc. | Unsecured | 790.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 1,369.00 | 1,434.05 | 1,434.05 | 689.42 | 0.00 |
| Premier Bankcard | Unsecured | 453.00 | 453.86 | 453.86 | 218.20 | 0.00 |
| Quantum Imaging and Therapeuti | Unsecured | 243.00 | NA | NA | 0.00 | 0.00 |
| Radiology Consultants, LTD | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| Resurrection Health Care | Unsecured | 220.00 | NA | NA | 0.00 | 0.00 |
| Rush Oak Park Hospital | Unsecured | 2,067.00 | NA | NA | 0.00 | 0.00 |
| Rush University Medical Center | Unsecured | 355.00 | NA | NA | 0.00 | 0.00 |
| St. Anthony Hospital | Unsecured | 388.00 | NA | NA | 0.00 | 0.00 |
| Summit-Macon LLC | Unsecured | 519.00 | NA | NA | 0.00 | 0.00 |
| United Collection Bureau Inc | Unsecured | 235.00 | NA | NA | 0.00 | 0.00 |
| United Collection Bureau Inc | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 2,533.00 | 2,562.96 | 2,562.96 | 1,232.14 | 0.00 |
| Universal Payment Corp | Unsecured | 8,807.00 | NA | NA | 0.00 | 0.00 |
| University Pathologists PC | Unsecured | 190.00 | NA | NA | 0.00 | 0.00 |
| Village Radiology Ltd. | Unsecured | 39.00 | NA | NA | 0.00 | 0.00 |
| Von Holdings LLC | Unsecured | 661.00 | NA | NA | 0.00 | 0.00 |
| Washington county Regional Med | Unsecured | 87.00 | NA | NA | 0.00 | 0.00 |
| WCRMC Physician billing | Unsecured | 14.00 | NA | NA | 0.00 | 0.00 |
| West Side Pathology Assoc. | Unsecured | 119.00 | NA | NA | 0.00 | 0.00 |
| West Suburban Medical Center | Unsecured | 215.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $15,758.00 | $15,758.00 | $1,129.95 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$15,758.00** | **$15,758.00** | **$1,129.95** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $2,554.45 | $2,554.45 | $0.00 |
| **TOTAL PRIORITY:** | **$2,554.45** | **$2,554.45** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$40,543.36** | **$8,170.77** | **$0.00** |

UST Form 101-13-FR-S (9/1/2009)

| Disbursements: | |
|---|---|
| Expenses of Administration | $5,333.08 |
| Disbursements to Creditors | $27,613.17 |
| **TOTAL DISBURSEMENTS** : | **$32,946.25** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/09/2018                    By: /s/ Marilyn O. Marshall
                                             Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**